41 A.3d 736

IN THE MATTER OF NEIL L. GROSS, AN ATTORNEY
AT LAW (ATTORNEY NO. 050861993).

May 2, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–324, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **NEIL L. GROSS** of **FLANDERS,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 1.1(a) (gross neglect), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **NEIL L. GROSS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.